

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:24-cr-00179

DEANNA L. DRUMM

# I N F O R M A T I O N

The United States Attorney Charges:

Beginning in or around February 2022 and continuing until at least August 2024, at or near South Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant DEANNA L. DRUMM did aid and abet the willful use of any means and instruments of transportation and communication in interstate commerce to offer to sell, through the use and medium of any prospectus or otherwise, securities for which no registration statement was in effect and for which no exemption from registration was available, to wit, direct investments in real estate projects located on Bigley Avenue, Charleston, Kanawha County, West Virginia and promissory notes associated with Bear Lute.

All in violation of Title 15, United States Code, Sections 77(e)(c) and 77x and Title 18, United States Code, Section 2.

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: *Holly J. Wilson*
HOLLY J. WILSON
Assistant United States Attorney