# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CRIMINAL ACTION NO. 2:24-cr-00179

DEANNA L. DRUMM,

    Defendant.

## WAIVER OF INDICTMENT

I, Deanna L. Drumm, am accused of violating 15 U.S.C. §§ 77e(c) and 77x and 18 U.S.C. § 2. I have been advised of the nature of the charge, of the proposed information, and of my rights. I hereby waive in open court prosecution by indictment and consent that the proceeding may be by information, rather than by indictment.

DATE: 11/21/24

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

BEFORE: _____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE