## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

**FILED**

**NOV 2 1 2024**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

Plaintiff,

v.                                              CRIMINAL ACTION NO. 2:24-cr-00179

DEANNA L. DRUMM,

Defendant.


### WRITTEN PLEA OF GUILTY

In the presence of Gerald M. Titus, III, my counsel, who has fully explained the charge

contained in the Information against me, and having received a copy of the Information before

being called upon to plead, I hereby plead guilty to the charge contained in the Information.


DATE: 11/21/24

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT