# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 10/16/2025 | Case Number: | 2:24-cr-00179-1 |
| Case Style: | USA vs. Deanna L. Drumm | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2516-Berger | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Kierstin Tudor |

Attorney(s) for the Plaintiff or Government:

Joshua Hanks

Attorney(s) for the Defendant(s):

Gerald Titus, III

| | |
|---|---|
| Law Clerk: | Cynthia Wildfire |
| Probation Officer: | Erin Stone |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:30 PM | 3:16 PM | Non-Trial Time/Uncontested Time |

Time in court: 1 hours and 46 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 1:30 p.m.
Actual Start 1:30 p.m.

Defendant present in person and by counsel for sentencing.
Counsel note appearances on the record.
Defendant placed under oath.
Court addresses PSR and remaining objections.
Court ADOPTS findings in PSR except as noted.
Probation to file PSR in court file under seal.
Court ACCEPTS plea agreement.
Court makes findings re: applicable U.S.S.G. ranges.
Court addresses 3553(a) factors and hears from parties re: relevant sentencing issues.
Defendant speaks on her own behalf.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
Probation: 48 months (first 12 months on home detention)
Restitution: $398,533.52
Fine: none imposed
Assessment: $100
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Defendant RELEASED to serve term of probation.
Court recessed at 3:16 p.m.